IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. NISSEN,

    Plaintiff,

v.                                                                                                              No. 20-cv-216 KWR-KBM

JOSE ROSA,

    Defendant.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE